**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 00-30499

_____

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff-Appellee,

v.

LAND, ETC.; ET AL.

Defendants,

JOHN CUTRERA, JR.; KEITH BOURGEOIS,

Defendants-Appellants.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-3337-R)
- - - - - - - - - - -
February 12, 2001

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    We have carefully reviewed the relevant facts reflected in the record on appeal and the law as discussed in the appellate briefs of the parties and at oral argument.  As a result, we are convinced that the judgment of the district court should be affirmed for essentially the reasons expressed by that court.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.